Continuation Sheet

I, Thomas McNutt, being first duly sworn, hereby depose and state as follows:

1.      I am a special agent with the Federal Protective Service (FPS).  I have been employed in that capacity since 2013.  I investigate crimes against federal facilities and federal employees.

2.      I submit this document in support of a criminal complaint charging Thomas West with a violation of 18 U.S.C. § 875(c), interstate communication containing a threat.

3.      On February 9, 2024, I was informed that an email was sent from tew1980mrb@yahoo.com to Boyers_Disability@opm.gov at approximately 12:23 a.m. on February 9.  The email stated:

> I understand why Timothy McVeigh did what he did. I understand why terrorist do the things they do against United States government. I will be showing up there today with an A.R. 15 assault rifle that's been converted to fully automatic. I have no intention of committing violent acts upon your people.. all that I want to do is talk to you about why are you are f***ing me over. That's all I wanna know.. you f***ing niggers 's owed me over $50,000. So today we're going to have a nice talk about the money that you owe me.. you're going to do your job or there will be hell to pay! But I will not get violent! I promise you that. At the same time I know the name of everyone that works there. I know where your children get on and off the school bus.. I know where your spouses work. At the same time I will not get violent.. you might want to do yourselves a favor and do your f***ing job and give me

my f***ing money that is owed to me for all of my service! Have I made myself clear?

4.    Thomas West was listed in the header information of the email.

5.    West is a former employee of the Defense Logistics Agency.

6.    The Office of Personnel Management (OPM) informed FPS that tew1980mrb@yahoo.com belongs to Thomas West and that OPM has received prior communications from West using that email address.

7.    OPM has a facility in Boyers, Pennsylvania.

8.    I learned that West resides at 5997 Meade Court in Harrisburg, Pennsylvania.

9.    On February 9, 2024, I interviewed West's roommate at his residence. The roommate stated that he saw West this morning at the residence at approximately 9 a.m.

10.    In the afternoon of February 9, 2024, I identified West returning to his residence. I approached him, identified myself, and stated that I was there to talk to him about the email that he sent to OPM. West acknowledged that he knew what I was referring to and indicated that he was drunk when he sent the email. I then read West

his *Miranda* rights and placed him under arrest.  West further stated that he knew it was a bad email and should not have sent it.